IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE RODRIQUEZ COLEMAN, #213 677, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-570-RAH-SMD ) |
| MONICA McCOY - WARDEN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On May 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. (Doc. 18.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failures to comply with the Order of the Court and to prosecute this action.

A separate Final Judgment will be entered.

DONE, on this the 25th day of May, 2021.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE